UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>            v.<br><br>AMERICAN LITHOGRAPHIC COMPANY,<br>*et al*.,<br>    Defendants. | 1:20-mc-00111<br><br>(Originally In Equity No. 21-80) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2020

**MEMO ENDORSED**

**MOTION OF THE UNITED STATES TO
TERMINATE A LEGACY ANTITRUST JUDGMENT**

Plaintiff, United States of America ("United States"), moves to terminate the judgment in the above-captioned antitrust case pursuant to Rule 60(b) of the Federal Rules of Civil Procedure. As explained in the accompanying United States' Memorandum of Law in Support of its Motion to Terminate a Legacy Antitrust Judgment, the United States has concluded that because of age and changed circumstances since its entry, this almost 99-year-old judgment no longer serves to protect competition. The United States gave the public notice and the opportunity to comment on its intent to seek termination of the judgment in the above-captioned case; it received no comments opposing termination. For these and other reasons explained in the accompanying memorandum, the United States requests that this judgment be terminated.

                                            Respectfully submitted,

Dated:  February 24, 2020           /s/ *Barry L. Creech*
                                          Barry L. Creech (DC Bar No. 421070)
                                          Trial Attorney
                                          Antitrust Division
                                          United States Department of Justice
                                          450 Fifth St., NW; Suite 4042
                                          Washington, DC 20530
                                          Telephone: (202) 307-2110
                                          Facsimile:  (202) 307-5802
                                          Email:  barry.creech@usdoj.gov

---

Application GRANTED.  The Clerk of Court is respectfully directed to terminate all pending motions and deadlines and close the case.

SO ORDERED.        Date: 02/26/2020

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

---